# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 22-MJ-198 |
| | : | |
| ANTOINE HILTON, | : | VIOLATIONS: |
| | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| Defendant. | : | (Unlawful Distribution of a Mixture and |
| | : | Substance Containing a Detectable |
| | : | Amount of Heroin) |
| | : | 21 U.S.C. §§ 841(a)(1) and 860(a) |
| | : | (Unlawful Distribution of a Mixture and |
| | : | Substance Containing a Detectable |
| | : | Amount of Heroin Near Schools) |
| | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| | : | (Unlawful Distribution of a Mixture and |
| | : | Substance Containing a Detectable |
| | : | Amount of Fentanyl) |
| | : | 21 U.S.C. §§ 841(a)(1) and 860(a) |
| | : | (Unlawful Distribution of a Mixture and |
| | : | Substance Containing a Detectable |
| | : | Amount of Fentanyl Near Schools) |
| | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| | : | (Unlawful Distribution of a Mixture and |
| | : | Substance Containing a Detectable |
| | : | Amount of Cocaine Base) |
| | : | 21 U.S.C. §§ 841(a)(1) and 860(a) |
| | : | (Unlawful Distribute of a Mixture and |
| | : | Substance Containing a Detectable |
| | : | Amount of Cocaine Base Near Schools) |
| | : | |
| | : | FORFEITURE: |
| | : | 21 U.S.C. §§ 853(a) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about June 2, 2022, in the District of Columbia, **ANTOINE HILTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

**(Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT TWO

On or about June 2, 2022, in the District of Columbia, **ANTOINE HILTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

2

## COUNT THREE

On or about June 2, 2022, in the District of Columbia, **ANTOINE HILTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a), within 1,000 feet of the real property comprising Ketcham Elementary School, a public elementary school.

**(Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Heroin Near Schools**, in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a))

## COUNT FOUR

On or about June 2, 2022, in the District of Columbia, **ANTOINE HILTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a), within 1,000 feet of the real property comprising Ketcham Elementary School, a public elementary school.

**(Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Cocaine Base Near Schools**, in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a))

## COUNT FIVE

On or about June 14, 2022, in the District of Columbia, **ANTOINE HILTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

**(Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT SIX

On or about June 14, 2022, in the District of Columbia, **ANTOINE HILTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT SEVEN

On or about June 14, 2022, in the District of Columbia, **ANTOINE HILTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT EIGHT

On or about June 14, 2022, in the District of Columbia, **ANTOINE HILTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a), within 1,000 feet of the real property comprising Ketcham Elementary School, a public elementary school.

**(Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Heroin Near Schools**, in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a)

## COUNT NINE

On or about June 14, 2022, in the District of Columbia, **ANTOINE HILTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a), within 1,000 feet of the real property comprising Ketcham Elementary School, a public elementary school.

**(Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Fentanyl Near Schools**, in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a)

## COUNT TEN

On or about June 14, 2022, in the District of Columbia, **ANTOINE HILTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a), within 1,000 feet of the real property comprising Ketcham Elementary School, a public elementary school.

**(Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Cocaine Base Near Schools**, in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a))

## COUNT ELEVEN

On or about June 23, 2022, in the District of Columbia, **ANTOINE HILTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

5

## COUNT TWELVE

On or about June 23, 2022, in the District of Columbia, **ANTOINE HILTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a), within 1,000 feet of the real property comprising Ketcham Elementary School, a public elementary school.

(**Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Cocaine Base Near Schools**, in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a))

## COUNT THIRTEEN

On or about July 15, 2022, in the District of Columbia, **ANTOINE HILTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FOURTEEN

On or about July 15, 2022, in the District of Columbia, **ANTOINE HILTON**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a), within 1,000 feet of the real property comprising Ketcham Elementary School, a public elementary school.

(**Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Cocaine Base Near Schools**, in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a))

## FORFEITURE ALLEGATION

1.          Upon conviction of any of the offenses alleged in Count One through Count Fourteen of this indictment, **ANTOINE HILTON** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

A TRUE BILL:


FOREPERSON.

*Matthew M. Graves /GPR*

Attorney of the United States in
and for the District of Columbia.

7